**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                            Case No.: 8:03-cr-244-T-30TBM

**DERRICK B. TUCKER**
_____/

**ORDER**

**BEFORE THE COURT** is Defendant's "Motion To Modify Term of Imprisonment Pursuant to 18 U.S.C. §3582(c)(2) Citing Amendment 706, and as Amended by U.S.S.G. Amendment Number 711" (Dkt. 26). Upon consideration, Defendant's motion (Dkt. 26) is DENIED. The guideline amendments are not applicable to Defendant's sentence because Defendant was convicted of being a Felon in Possession of a Firearm under 18 U.S.C. § 922(g)(1). The guideline amendments in question only concern offenses involving cocaine base, commonly known as "crack." Crack cocaine was not involved in Defendant's sentencing. Therefore, the change in the guidelines does not apply to Defendant's case.

**It is ORDERED AND ADJUDGED** that Defendant's "Motion To Modify Term of Imprisonment Pursuant to 18 U.S.C. §3582(c)(2) Citing Amendment 706, and as Amended by U.S.S.G. Amendment Number 711" (Dkt. 26) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on March 12, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
U.S. Probation Office
Bureau of Prisons